UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA HOLT, <br><br> Plaintiff, <br><br> v. <br><br> DEBRA BECKMAN, et al. <br><br> Defendants. | CASE NO. 19-1552 JCC <br><br> **REPORT AND RECOMMENDATION** |

While he was detained in the King County Jail, plaintiff Joshua Holt filed a pro se 42 U.S.C. § 1983 civil rights action. Dkt. 1. After he filed the complaint plaintiff was released. On November 25, 2019, defendants filed a motion to dismiss. Dkt. 15. On November 22, 2019, plaintiff filed a notice of change of address. Plaintiff has not responded to defendant's motion to dismiss although defendant aver the motion was mailed to the last address plaintiff provided. All correspondence the Court has sent plaintiff since November 19, 2019 have been returned as undeliverable.

**DISCUSSION**

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

REPORT AND RECOMMENDATION - 1

A party proceeding pro se shall keep the court and opposing parties advised as to his current address …. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

Plaintiff last communicated with the Court on November 22, 2019 when he filed a notice of change of address. All correspondence sent to the last provided address have been returned as undeliverable.

## CONCLUSION

To date, plaintiff has not notified the Court of his current address and has not filed anything to further prosecute or defend this action for several months. Accordingly, the Court recommends:

**(1)    DISMISSING this action without prejudice** pursuant to Local Rule CR 41(b)(2) for failure to prosecute.  A proposed order accompanies this Report and Recommendation. Any objections to this Recommendation must be filed no later than **February 26, 2020.**  The matter will be ready for the Court's consideration on **February 28, 2020**. Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to appeal.

**(2)    If plaintiff responds and provides an updated address, the Court recommends the case be referred back to Magistrate Judge Tsuchida.**

Dated this 11th day of February.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2