UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA HOLT,<br><br>    Plaintiff,<br><br> v.<br><br>DEBRA BECKMAN *et al.*,<br><br>    Defendants. | CASE NO. C19-1552-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Brian A. Tsuchia, United States Magistrate Judge (Dkt. No. 22). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation is ADOPTED;
2. The case is DISMISSED without prejudice pursuant to Western District of Washington Local Civil Rule 41(b)(2); and
3. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Tsuchida.

//

//

//

1       DATED this 6th day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE